AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Amanda Locke | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  4:23-cv-85-TER |
| Commissioner of the Social Security | ) | |
| Administration | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____

dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along

with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■   other: The Commissioner's decision is affirmed.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.


❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.


■ decided by the Honorable Thomas E. Rogers, III,  United States Magistrate Judge.


ROBIN L. BLUME

Date:      September 27, 2023      *CLERK OF COURT*



s/ Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*